**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BRENDAN A. HURSON**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0782**
**MDD_BAHChambers@mdd.uscourts.gov**

March 24, 2026

LETTER ORDER

Re:     *United States of America v. Eshun*
        Civil No. 25-4006-BAH

Dear Counsel and Mr. Eshun:

Pending before the Court is the Government's motion for judgment on the pleadings. ECF 8. The motion contends that "[t]he uncontested facts in the Complaint and exhibits attached thereto establish the basis for this Court to revoke the naturalized citizenship of Nicholas Eshun [], to cancel his Certificate of Naturalization, and to order [Mr. Eshun] to surrender all indicia of his U.S. citizenship, pursuant to 8 U.S.C. § 1440(c)." *Id.* at 1.

The record reflects that Mr. Eshun was personally served with the complaint on December 11, 2025. ECF 7. The Government has also explained that counsel has had email and mail correspondence with Mr. Eshun prior to the filing of the suit. *See* ECF 9-2. Government counsel also emailed and mailed via FedEx copies of the pending motion. *See* ECF 9-3 and ECF 9-4. Mr. Eshun has not responded to the motion or otherwise appeared in this case.

While the response deadline set by the Local Rules has passed, *see* Loc. R. 105.2(a) (D. Md. 2025), the Court will give Mr. Eshun one more opportunity to respond to the motion and complaint. **Mr. Eshun is directed to respond to the pending motion for judgment on the pleadings (ECF 8) by April 21, 2026. Should the Court receive no response, Mr. Eshun is forewarned that the motion is likely to be granted, meaning that he would be denaturalized as a U.S. citizen.**

The Clerk is directed to mail and email a copy of this letter order to Mr. Eshun at the following addresses:

Nicholas Eshun
9105 Tumbleweed Run, Apt E
Laurel, MD 20723

Nicholase041@gmail.com

*United States of America v. Eshun*
Civil No. 25-4006-BAH
March 24, 2026
Page 2


       Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,


/s/

Brendan A. Hurson
United States District Judge