**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

UNITED STATES OF AMERICA,

     *Plaintiff*,

     v.

NICHOLAS ESHUN,

     *Defendant*.

Civil Action No. 8:25-cv-04006-BAH

**ORDER**

Upon consideration of Defendant Nicholas Eshun's Consent Motion for Leave to File Answer Out of Time, or, in the Alternative, for Leave to File Amended Answer, it is this __1st__ day of June, 2026, hereby ORDERED that that the motion is GRANTED; and it is further ORDERED, pursuant to Rule 6(b), that Defendant may file an answer to the Complaint filed by the Plaintiff, the United States of America, on or before June 12, 2026.

                                    _____/s/_____

                                      Brendan A. Hurson
                                      United States District Judge