**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Plaintiff, | |
| | * |
| v. | |
| | *     Civil No. 25-4006-BAH |
| NICHOLAS ESHUN, | |
| | * |
| Defendant. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

The United States of America (the "Government") brings this action against Plaintiff Nicholas Eshun ("Eshun") seeking to "revoke his naturalized U.S. citizenship pursuant to 8 U.S.C. § 1440(c)." ECF 1, at 1. When Eshun failed to file an answer to the complaint by the deadline, *see* ECF 7, the Government filed a motion for judgment on the pleadings, *see* ECF 8, which likewise received no response from Eshun. On March 24, 2026, the Court sent a letter order to Eshun directing that he respond to the pending motion by April 21, 2026 and warning him that the motion was likely to be granted if he did not do so. ECF 10. On April 21, Eshun filed a one-page, two-paragraph response contesting the Government's motion. *See* ECF 11.

Recently, Eshun secured representation in this matter. *See* ECF 15; ECF 16. The Court granted Eshun's motion for leave to file an answer out of time with the assistance of his new counsel, ECF 19, and on June 12, 2026, Eshun filed his answer to the complaint, ECF 21. Given the potentially complex questions of law presented by this case, as indicated in the answer, the Court has concluded that it is inappropriate to resolve this matter based on the currently filed motion for judgment on the pleadings. The Government will be provided a new opportunity to

file such a motion (or to proceed with the case in another manner) considering all pleadings now filed in this case,[1] and Eshun will be given an opportunity to respond with the benefit of counsel to any such motion filed, and to file any motions of his own.  Accordingly, the Court will deny without prejudice the pending motion for judgment on the pleadings, ECF 8, and it will deny as moot the pending motions for leave to file a surreply, ECF 12, and for leave to file an amicus brief, ECF 13.

The Court suggests to the parties the following briefing schedule to facilitate the resolution of this case:

| | |
|---|---|
| July 1, 2026: | Deadline for a joint status report including any requests for modification of this Order and the suggested schedule contained herein.  This report should also address to what extent, if any, discovery is anticipated in this matter and, if so, a proposed schedule for its production. |
| September 4, 2026: | Deadline for the Government to re-file the judgment for motions on the pleadings (or any other dispositive motion). |
| October 2, 2026: | Deadline for Eshun to file any response in opposition and any dispositive motion. |
| October 30, 2026: | Deadline for the Government to file any reply thereto and any response in opposition to any dispositive motion filed by Eshun. |
| November 16, 2026: | Deadline for Eshun to file any reply to any response in opposition filed by the Government. |

---

[1] "On a motion for judgment on the pleadings, the court considers the pleadings, which consist of the complaint, the answer, and any written instruments attached to those filings, as well as any documents that are integral to the complaint and authentic." *Penn-Am. Ins. Co. v. White Pines, Inc.*, 476 F. Supp. 3d 354, 360 (E.D. Va. 2020) (quoting *Paul v. ImpactOffice LLC*, Civ. No. TDC-16-2686, 2017 WL 2462492, at *2–3 (D. Md. June 6, 2017)); *see also Occupy Columbia v. Haley*, 738 F.3d 107, 116 (4th Cir. 2013).

If the parties believe that this case should proceed in a fundamentally different manner, they should indicate their position(s) in the joint status report due July 1, 2026.

Accordingly, for the reasons stated above, it is this 17th day of June, 2026, by the United States District Court for the District of Maryland, ORDERED that:

(1) The Government's motion for judgment on the pleadings, ECF 8, is DENIED without prejudice;

(2) The Government's motion for leave to file a surreply, ECF 12, is DENIED as moot;

(3) Eugene R. Fidell's emergency motion for leave to file an amicus brief, ECF 13, is DENIED as moot; and

(4) A joint status report is due on July 1, 2026 requesting any modifications of this Order and/or the schedule adopted herein and addressing any anticipated discovery.

/s/
_____
Brendan A. Hurson
United States District Judge

3